# DOMAIN NAME LICENSE AGREEMENT

## DATE

1. The effective date of this Agreement is March 2, 2020 ("Effective Date").

## PARTIES

1. DT Inventions LLC, a Texas limited liability company along with its affiliated entities, including Practically Impossible Labs, LLC, a Texas limited liability company (collectively "Licensor"); and
2. Handle Preforms LLC, a Delaware limited liability company ("Licensee") (collectively the "Parties")

## BACKGROUND

1. Licensee desires to obtain, and Licensor seeks to provide to Licensee, a license of use and control of the "bottleone.com" domain name currently owned by Licensor pursuant to the terms and conditions of this Agreement;
2. This Agreement incorporates and is in furtherance to both the "Term Sheet dated January 14, 2020 (the "Effective Date")," and the "License Agreement" between DT Inventions LLC and Handle Preforms LLC;
3. To the extent that there is any discrepancy or ambiguity between this Agreement and the "Term Sheet dated January 14, 2020 (the "Effective Date")," this Agreement controls;
4. This agreement serves as an addendum to the License Agreement. Accordingly, any matter not explicitly addressed in this Agreement is provided for in the License Agreement.

## AGREEMENT

1. **Definitions**

"**Agreement**" means this agreement and any periodic amendments to this agreement that may be made;

"**Domain Name**" means "bottleone.com;"

"**Website**" refers to any and all content placed on bottleone.com in any form;

"**Licensed Rights**" has the meaning given to it in Clause 3.1;

"**Term**" means the term of this Agreement, commencing in accordance with Clause 2.1 and ending in accordance with Clause 2.2;

"**License Agreement**" means the Agreement between Licensor and Licensee with an effective date of September 1, 2019;

 

"**Term Sheet**" means the contract between Licensor and Licensee titled "Term Sheet dated January 14, 2020 (the "Effective Date).

## 2. Term

2.1 This Agreement shall come into force upon the Effective Date.

2.2 This Agreement shall continue in force in accordance with the definition of "Term" in paragraph 1.12 of the License Agreement.

## 3. License

3.1 The Licensor hereby grants the Licensee an exclusive license to use the Domain Name during the Term (the "Licensed Rights").

3.2 The Licensee must not sub-license any of the Licensed Rights.

3.3 Licensor reserves all rights not expressly granted by the Licensor in this Agreement.

## 4. Licensor Obligations

4.1 The Licensor shall, during the Term, at Licensor's own cost and expense:
   a. Ensure that Licensor remains at all times the registrant of the Domain Name;
   b. Ensure that the owner contact details and billing contact details associated with the Domain Name are kept updated;
   c. Renew the Domain Name in good time before the expiry of any period of the Domain Name registration and pay all applicable renewal fees;
   d. List Licensee as the administrator on the registry records of the Domain Name
   e. Allow Licensee to serve as the administrator of the Domain Name and website for the term of this Agreement, including providing existing login information to Licensee and allowing Licensee to create and use email address functions related to the Domain Name;
   f. Immediately notify Licensee of any disputes relating to the Domain Name, keep Licensee fully informed of any such disputes, provide the Licensee with all documents relating to such disputes, provide the Licensee with all documents relating to any such disputes, and contest any third-party claims that the Licensor is not the proper registrant of the Domain Name.

## 5. Licensee Obligations

5.1 The Licensee shall ensure that its use of the Domain Name during the Term:
   a. Complies in all respects with the Domain Name registry's rules, policies, terms and conditions;
   b. Complies in all respects with Domain Name hosting company's rules, policies, terms and conditions;
   c. Will not breach any applicable law, statute, regulation or legally binding code;
   d. Will not infringe the legal rights of any person in any jurisdiction;
   e. Complies with the terms of this Agreement;

  f.  Will not contain information which, in the opinion of Licensor, is fraudulent, misleading or otherwise detrimental to the Domain Name or Licensor;

  g.  Complies with Licensor's guidelines regarding website content and trademark usage

## 6. Ownership

6.1 The ownership of the Domain Name shall rest solely with Licensor. Licensee hereby acknowledges the value of the goodwill related to the Domain Name. Licensee hereby confirms that, the value in connection with the Domain Name, including the value of goodwill related to the Domain Name which has been formed as of the date of this Agreement and the value of goodwill in connection with the Domain Name arising from use of the Domain Name by Licensee and the operation of the Domain Name Website by Licensee during the effective term of this Agreement, shall be owned solely by Licensor.

6.2 The ownership of the Website, including any intellectual property such as copyrights and trademarks, and derivatives thereof, developed in the marketing process, shall rest with Licensor.

6.3 The Licensee desires to use Domain Name for an email address, therefore the Licensor hereby licenses, and Licensee has the right to use, the Domain Name for Licensee's email addresses. Licensor agrees not to use the specific usernames developed and used in the bottleone.com email addresses by Licensee upon termination of this Agreement. In addition, contents of emails of Licensee's specific username email addresses do not need to be turned over to the Licensor upon termination of this Agreement.

## 7. Website

7.1 Licensee agrees to modify the Website content on Domain Name in accordance with Licensor's guidelines and wishes.

7.2 Licensee agrees to seek Licensor's approval before adding to the Website on Domain Name any mark Licensee intends to use as a trademark.

## 8. Modification and Amendments

8.1 Both parties may modify or supplement this Agreement by written agreement. Any modification and/or supplement to this Agreement constitutes an integral part of this Agreement, and shall have the same legal effect with this Agreement.



3

**LICENSOR:**

**DT INVENTIONS LLC**

By: _____

Name: _Thomas Thibodeau_

Title: _Co-Manager_

Date: _3/6/2020_

**LICENSEE:**

**HANDLE PREFORMS LLC**

By: _____

Name: _GREG KERSHNER_

Title: _CEO_

Date: _3/6/2020_